IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00949-BNB

JOSHUA CRUZ,

     Plaintiff,

v.

SGT. EMIG, In his Personal and Individual Capacity,
SGT. ADAMIC, In his Personal and Individual Capacity,
C/O CORTESE, In his Personal and Individual Capacity,
LT. G. HEIDENTHAL, In his Personal and Individual Capacity,
LT. H. WILLIAMS, In his Personal and Individual Capacity,
CAPT. DOUG WILSON, In his Personal and Individual Capacity,
ANTHONY A. DeCESARO, Step 3 Grievance Officer, In his Personal and Individual
    Capacity,

     Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 8 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, the case will be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED June 8, 2009, at Denver, Colorado.

BY THE COURT:

   s/ Boyd N. Boland
   United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00949-BNB

Joshua Cruz
Prisoner No. 97989
Colorado Territorial Correctional Facility
P.O. Box 1010
Cañon City, CO 81215-1010

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on __6|8|09__

GREGORY C. LANGHAM, CLERK

By: _____
                     Deputy Clerk