IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00949-CMA-MJW

JOSHUA CRUZ,

Plaintiff(s),

v.

EMIG, et al,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is here ORDERED that Defendants' Motion for Stay of the Deadline for Filing of dispositive Motions (docket no. 42) is DENIED. This court is aware of Judge Arguello's Order to Show Cause Why the Plaintiff's Claims Should Not be Dismissed dated April 22, 2010 (docket no. 38). Judge Arguello has not yet addressed her Show Cause Order. The Pro Se incarcerated Plaintiff was ordered to show cause by May 7, 2010 and he has failed to do so.

Date: May 12, 2010