IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00949-CMA-MJW

JOSHUA CRUZ,

    Plaintiff,

v.

SGT. EMIG, in his personal and individual capacity,
SGT. ADAMIC, in his personal and individual capacity,
C/O CORTESE, in his personal and individual capacity,
LT. G. HEIDENTHAL, in his personal and individual capacity,
LT. H. WILLIAMS, in his personal and individual capacity,
CAPT. DOUG WILSON, in his personal and individual capacity, and
ANTHONY A. DeCESARO, Step 3 Grievance Officer,
   in his personal and individual capacity,

    Defendants.

---

## ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

---

This matter is before the Court *sua sponte*. Upon review of the file of the above-referenced case, the Court ORDERS that this case be DISMISSED WITHOUT PREJUDICE for failure to prosecute.

DATED: May __18__, 2010

                BY THE COURT:

                _____
                CHRISTINE M. ARGUELLO
                United States District Judge